**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                             Case No.:   3:13-cr-171-J-34JBT

JOE LEWIS TERRY,

    Defendant.
_____/

## ORDER

Before the Court is Defendant's Motion for Sentence Reduction Under Amendment 782 (Doc. 59, Motion). Defendant seeks to reduce his prison term under 18 U.S.C. § 3582(c)(2) based on Amendment 782 to the United States Sentencing Guidelines, a retroactive guidelines amendment, see U.S.S.G. § 1B1.10(e) (2014). See Motion at 1. The Court appointed the Federal Public Defender's Office to represent Defendant. (Doc. 61, Order Appointing FPD). The Federal Public Defender has notified the Court that Defendant appears to be ineligible for a sentence reduction at this time because Defendant's previously imposed sentence is already below the low end of his amended Guidelines range as calculated with the benefit of Amendment 782. (Doc. 64, FPD's Notice). The United States Probation Office reaches the same conclusion. (Doc. 62, Amendment 782 Memorandum).

The Court has reviewed the presentence investigation report and the Amendment 782 Memorandum from the United States Probation Office. The record confirms that Defendant's current sentence is already below the low end of his amended guideline

1

range as calculated after the application of Amendment 782. The record does not reflect that Defendant qualified for a downward departure based upon substantial assistance. See U.S.S.G. §§ 1B1.10(b)(2)(B), 5K1.1. Where, as here, the defendant's sentence is already below the amended guideline range, a court is not authorized to reduce the defendant's sentence under § 3582(c)(2). See U.S.S.G. § 1B1.10(b)(2)(A); see also United States v. Colon, 707 F.3d 1255, 1258-62 (11th Cir. 2013) (affirming district court's application of U.S.S.G. § 1B1.10(b)(2) when it refused to reduce defendant's sentence where her sentence was already below the amended guideline range). A court may only reduce a defendant's sentence to one below the amended Guidelines range where (s)he received a substantial assistance reduction, U.S.S.G. § 1B1.10(b)(2)(B), but that is not the case here.

Accordingly, it is hereby

**ORDERED**:

Defendant's Motion for Sentence Reduction Under Amendment 782 (Doc. 59) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida, this 17th day of June, 2016.

MARCIA MORALES HOWARD
United States District Judge

ja
Copies to:
Counsel of Record
United States Marshals Service
United States Probation Office
Bureau of Prisons
Defendant